**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Patricia L. Giachetti-Dipiero<br>aka Patti Giachetti<br>aka Patti Dipiero<br>aka Patricia Lynn Giachetti<br>aka Patricia L. Giachetti<br>aka Patricia Lynn Giachetti-Dipiero<br>aka Patricia Giachetti-Dipiero<br><br>Debtor | CHAPTER 13<br><br>BKY. NO. 18-12775 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                                 Respectfully submitted,

                                 **/s/ Rebecca A. Solarz, Esquire**
                                 Rebecca A. Solarz, Esquire
                                 KML Law Group, P.C.
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA 19106-1532
                                 (215) 627-1322 FAX (215) 627-7734