# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 18-12775-MDC

PATRICIA L  GIACHETTI-DIPIERO

216 CARDINAL DRIVE

CONSHOHOCKEN, PA 19428

     Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

PATRICIA L  GIACHETTI-DIPIERO

216 CARDINAL DRIVE

CONSHOHOCKEN, PA 19428

Counsel for debtor(s), by electronic notice only.

JOSHUA LOUIS THOMAS
1110 POCOPSON ROAD
PO BOX 415
POCOPSON, PA 19366-

Date: 7/12/2018

/S/ William C. Miller

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee