# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-12775-MDC

PATRICIA L  GIACHETTI-DIPIERO

216 CARDINAL DRIVE

CONSHOHOCKEN, PA 19428

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    PATRICIA L  GIACHETTI-DIPIERO

    216 CARDINAL DRIVE

    CONSHOHOCKEN, PA 19428

**Counsel for debtor(s), by electronic notice only.**
    JOSHUA LOUIS THOMAS
    1110 POCOPSON ROAD
    PO BOX 415
    POCOPSON, PA 19366-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 9/11/2018

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee