IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| PATRICIA L. GIACHETTI-DIPIERO | : | |
| | : | |
| Debtor. | : | Bankruptcy No. 18-12775 (MDC) |
| | : | |

## ORDER DISMISSING CASE

AND NOW, this 27th day of March, 2019, upon consideration of the United States trustee's Motion to Dismiss, and the debtor's response, if any, it is now, therefore,

ORDERED, that the U. S. trustee's Motion to Dismiss is GRANTED and this case is hereby DISMISSED.

_Magdeline D. C_____
Honorable Magdeline D. Coleman
United States Bankruptcy Judge