United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-12775-mdc
Patricia L. Giachetti-Dipiero                                          Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi                Page 1 of 1          Date Rcvd: Mar 27, 2019
                              Form ID: pdf900            Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2019.
```
db          +Patricia L. Giachetti-Dipiero,   216 Cardinal Drive,   Conshohocken, PA 19428-1393
cr          +New Penn Financial, LLC d/b/a Shellpoint Mortgage,   Pincus Law Group, PLLC,   425 RXR Plaza,
              Uniondale, NY 11556-3811
14161188     MTGLQ Investors, L.P.,   c/o Shellpoint Mortgage Servicing,   PO Box 10826,
              Greenville, SC 29603-0826
14102281     SHELL POINT,   PO BOX 619063,   DALLAS, TX 75261-9063
14102282    +Toyota Motor Credit,   TWO WALNUT GROOVE DR.,   #210,   Horsham, PA 19044-7704
14111906    +Toyota Motor Credit Corp,   c/o Rebecca A. Solarz, Esquire,   KML Law Group, P.C.,
              701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14108095    +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Mar 28 2019 02:48:04    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2019 02:47:40    Pennsylvania Department of Revenue,
              Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 28 2019 02:47:56    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2019 02:49:43    Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14097549    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2019 02:49:34
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 5
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2019 at the address(es) listed below:
```
          JASON BRETT SCHWARTZ    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
           Servicing jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
          JOSHUA LOUIS THOMAS    on behalf of Debtor Patricia L. Giachetti-Dipiero joshualthomas@gmail.com
          KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                                             TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| PATRICIA L. GIACHETTI-DIPIERO | : | |
| | : | |
| Debtor. | : | Bankruptcy No. 18-12775 (MDC) |
| | : | |

## ORDER DISMISSING CASE

AND NOW, this 27th day of March, 2019, upon consideration of the United States trustee's Motion to Dismiss, and the debtor's response, if any, it is now, therefore,

ORDERED, that the U. S. trustee's Motion to Dismiss is GRANTED and this case is hereby DISMISSED.

_____
Honorable Magdeline D. Coleman
United States Bankruptcy Judge