**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:
PATRICIA L. GIACHETTI-DIPIERO          :
   (Debtor)                                :
                                         :
                                         :
                                         :     Bankruptcy No. 18-12775-MDC

**CHAPTER 13 STANDING TRUSTEE'S MOTION**
**FOR CLERK TO RETURN FUNDS**

    **AND NOW,** WILLIAM C. MILLER, ESQUIRE, Chapter 13 standing trustee, makes an application for an Order authorizing the Clerk of the U.S. Bankruptcy Court to return funds for the following reasons:

1. Debtor filed the above-captioned bankruptcy case, on April 25, 2018, and on February 6, 2019, the plan was converted to Chapter 7.

2. The Chapter 13 standing trustee sent $871.94 to the clerk of the court on behalf of the debtor Patricia L. Giachetti-Dipiero. Those funds were intended to be paid directly to the debtor as a refund.

    **WHEREFORE**, WILLIAM C. MILLER, ESQUIRE, chapter 13 standing trustee, respectfully requests that this Court authorize the Clerk of Bankruptcy Court, to pay the sum of $871.94 back to the Chapter 13 Trustee Office forthwith.

    Respectfully submitted,

Date: October 28, 2019

    /William C. Miller
William C. Miller, Esquire
Chapter 13 Standing Trustee
1234 Market Street-Ste 1813
Philadelphia, PA 19107
Telephone: (215)627-1377

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:
**Patricia L. Giachetti-Dipiero**       :
                                        :
                                        :
                                        :
              Debtor                    :    Bankruptcy No. 18-12775-MDC

# ORDER

**AND NOW,** this _____ day of _____ 2019, upon consideration of the Motion for Clerk to Return Funds filed by the Chapter 13 standing trustee, and any answer filed thereto, and after notice and a hearing, it is

**ORDERED,** that the Clerk of this Court be and hereby is directed to issue a check, drawn to the order of William C. Miller, Chapter 13 standing trustee, in the amount of $871.94 representing a refund of those monies previously deposited by the standing trustee with the Clerk.

BY THE COURT

_____
**HON. CHIEF MAGDELINE D. COLEMAN**
**BANKRUPTCY JUDGE**

Patricia L. Giachetti-Dipiero
216 Cardinal Drive
Conshohocken, PA 19428

Joshua Louis Thomas, Esquire
P.O. Box 415
Pocopson, PA 19366

Wm. C. Miller-Trustee
Chapter 13 Trustee
1234 Market Street, Ste 1813
Phila., PA.  19107

George M. Conway, Esq
U.S.Trustee Office
200 Market Street – Ste 502
Phila., PA.  19106