**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                :

**Patricia l. Giachetti-Dipiero**                         :

                                                                        :

                                                                        :

                    Debtor                    :            Bankruptcy No. 18-12775-MDC

**NOTICE OF MOTION, RESPONSE, DEADLINE AND HEARING DATE**

William C. Miller, Chapter 13 standing trustee, has filed a Motion for Clerk to Return Funds in the above-captioned Chapter 13 bankruptcy case for the reason(s) listed on the enclosed Motion.

1. If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then fifteen days (15) prior to the date of the hearing listed in paragraph 3 of this notice, you or your attorney must do <u>all</u> of the following:

    (a) file an answer explaining your position at:
    U.S. Bankruptcy Court
    900 Market Street - Suite 400
    Philadelphia, PA 19107

    (b) mail a copy to the movant's attorney:
    William C. Miller, Esquire
    Chapter 13 Standing Trustee
    P.O. Box 1229
    Philadelphia, PA 19105
    Telephone: (215)627-1377

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the enclosed Motion.

3. A hearing on the Motion is scheduled to be held before the **Honorable Chief Magdeline D. Coleman, in Courtroom No. #2 at 11:00am on December 5, 2019,** at, U.S. Bankruptcy Court, 900 Market St. -, Philadelphia, PA 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you, if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.