# AMENDED CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Chapter 13 Standing Trustee's Motion for Clerk to Return Funds on the following parties on October 28, 2019, as set forth below:

A. by first class mail,
Patricia L. Giachetti-Dipiero
216 Cardinal Drive
Conshohocken, PA 19428

Joshua Louis Thomas, Esquire
P.O. Box 415
Pocopson, PA 19366

B. by electronic service,

George Conway, Esquire
U.S. Department of Justice
Office of the United States Trustee
Eastern District of Pennsylvania
200 Chestnut Street, Ste 502
Philadelphia, PA 19106

All other creditors

C. By first class mail on November 5, 2019,
William M. McSwain, Esquire
United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA. 19106

__/William C. Miller_____
William C. Miller, Esquire
Chapter 13 Standing Trustee