UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:
**Patricia L. Giachetti-Dipiero**         :
:
:
:
Debtor         :    Bankruptcy No. 18-12775-MDC

## ORDER

AND NOW, this 5th day of December 2019, upon consideration of the Motion for Clerk to Return Funds filed by the Chapter 13 standing trustee, and any answer filed thereto, and after notice and a hearing, it is

**ORDERED**, that the Clerk of this Court be and hereby is directed to issue a check, drawn to the order of William C. Miller, Chapter 13 standing trustee, in the amount of $871.94 representing a refund of those monies previously deposited by the standing trustee with the Clerk.

BY THE COURT

_Magdeline D. C_____
HON. CHIEF MAGDELINE D. COLEMAN
BANKRUPTCY JUDGE

Patricia L. Giachetti-Dipiero
216 Cardinal Drive
Conshohocken, PA 19428

Joshua Louis Thomas, Esquire
P.O. Box 415
Pocopson, PA 19366

Wm. C. Miller-Trustee
Chapter 13 Trustee
1234 Market Street, Ste 1813
Phila., PA. 19107

George M. Conway, Esq
U.S. Trustee Office
200 Market Street – Ste 502
Phila., PA. 19106