United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Patricia L. Giachetti-Dipiero  
      Debtor

Case No. 18-12775-mdc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: John     Page 1 of 1     Date Rcvd: Dec 06, 2019  
                       Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2019.  
db          +Patricia L. Giachetti-Dipiero,    216 Cardinal Drive,    Conshohocken, PA 19428-1393

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 07 2019 03:09:57      U.S. Attorney Office,  
           c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
          +E-mail/Text: bncnotice@ph13trustee.com Dec 07 2019 03:10:35  
           William C. Miller - Chapter 13 Trustee,    1234 Market Street, Suite 1813,  
           Philadelphia, PA 19107-3704  
                                                                                                     TOTAL: 2

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2019 at the address(es) listed below:  
       JASON BRETT SCHWARTZ    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage  
         Servicing jschwartz@mesterschwartz.com  
       JOSHUA LOUIS THOMAS    on behalf of Debtor Patricia L. Giachetti-Dipiero joshualthomas@gmail.com  
       KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov  
       REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation  
        bkgroup@kmllawgroup.com  
       TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
        philaecf@gmail.com  
                                                                                                                                            TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:
**Patricia L. Giachetti-Dipiero**          :
                                           :
                                           :
                                           :
                                           :
              Debtor                       :    Bankruptcy No. 18-12775-MDC

## ORDER

AND NOW, this 5th day of December 2019, upon consideration of the Motion for Clerk to Return Funds filed by the Chapter 13 standing trustee, and any answer filed thereto, and after notice and a hearing, it is

**ORDERED,** that the Clerk of this Court be and hereby is directed to issue a check, drawn to the order of William C. Miller, Chapter 13 standing trustee, in the amount of $871.94 representing a refund of those monies previously deposited by the standing trustee with the Clerk.

BY THE COURT

_Magdeline D. C_____

HON. CHIEF MAGDELINE D. COLEMAN
BANKRUPTCY JUDGE

Patricia L. Giachetti-Dipiero
216 Cardinal Drive
Conshohocken, PA 19428

Joshua Louis Thomas, Esquire
P.O. Box 415
Pocopson, PA 19366

Wm. C. Miller-Trustee
Chapter 13 Trustee
1234 Market Street, Ste 1813
Phila., PA. 19107

George M. Conway, Esq
U.S.Trustee Office
200 Market Street – Ste 502
Phila., PA. 19106